IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| GREG LONGMAN, | ) |
| Plaintiff, | ) No. C03-4090-DEO |
| vs. | ) |
| JO ANNE B. BARNHART, | ) ATTORNEY FEE JUDGMENT |
| Commissioner of Social Security, | ) IN A CIVIL CASE |
| Defendant. | ) |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Attorney fees are hereby awarded to the plaintiff in the agreed amount of $3,795.00, to be paid from SSA appropriations.

IT IS FURTHER ORDERED

Plaintiff's $150.00 filing fee shall be reimbursed from the Judgment Fund administered by the United States Treasury.

Dated: **JUN 1 3 2005**

PRIDGEN J. WATKINS
Clerk

_____
(By) Deputy Clerk

**APPROVED AS TO FORM:**

_____
**DONALD E. O'BRIEN**
**Senior Judge**

66/ 5